# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: | Case No.: 06 B 01185 |
| Kayla R. Delagarza | Chapter: 13 |
| Debtor(s) | Judge Manuel Barbosa |

## AMENDED NOTICE OF POST PETITION OBLIGATIONS DUE

**TO:** Glenn B. Stearns, Chapter 13 Trustee, 4343 Commerce Court, Suite 120, Lisle, IL 60532
Kayla R. Delagarza, Debtor(s), 114 Long Beach Road, Montgomery, IL 60538
Gary L. Shilts, Attorney for Debtor(s), 23 Boulder Hill Pass, Montgomery, IL 60538

You are hereby notified that CHASE HOME FINANCE, LLC SUCCESSOR BY MERGER TO CHASE MANHATTAN MORTGAGE CORPORATION SUCCESSOR BY MERGER TO CHASE MORTGAGE COMPANY has made post-petition advances of $150.00 in relation to the mortgage it services and these amounts have been added to the note and mortgage obligation pursuant to the terms of the note and mortgage.

You are hereby notified that debtor(s) is(are) due to CHASE HOME FINANCE, LLC SUCCESSOR BY MERGER TO CHASE MANHATTAN MORTGAGE CORPORATION SUCCESSOR BY MERGER TO CHASE MORTGAGE COMPANY for the contractual mortgage payment due 10/01/09.

Pursuant to the terms of the confirmed plan, if no challenge to these advances is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice or by 10/15/09, CHASE HOME FINANCE, LLC SUCCESSOR BY MERGER TO CHASE MANHATTAN MORTGAGE CORPORATION SUCCESSOR BY MERGER TO CHASE MORTGAGE COMPANY's rights to collect these amounts will remain unaffected.

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527, before the hour of 5:00 PM on September 15, 2009.

 /s/ Jose Moreno
 Attorney for Creditor

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-05-B161)**
NOTE: Pursuant to the Fair Debt Collection Practices Act you are advised that this law firm is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.